Judge Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EZEQUIEL ALEJANDRO PIMENTEL QUIROZ,<br><br>    Defendant. | NO. CR12-5204RJB<br><br>RESPONSE TO MOTION TO COMPEL PRODUCTION OF GRAND JURY RECORDS |

After consideration of Defendant's motion to compel grand jury records, and the Government's response filed thereto, and after consideration of all of the evidence presented at any hearing on the motion,

IT IS HEREBY ORDERED that the above defense motion is DENIED.

DATED this 13th day of July, 2012.

_____
Robert J Bryan
United States District Judge

Presented by:

 *s/Jesse Williams*
JESSE WILLIAMS
Special Assistant United States Attorney

(Proposed Order) Response to Motion to Compel
U.S. v. Pimentel Quiroz, CR12-5204RJB - 1